UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04737 DSR Date: September 1, 2026

Title **Nelson Estuardo Pinto Orellana v. Fereti Semaia et al.**

Present: The Honorable: Daniel S. Robertss, United States Magistrate Judge

| | |
|---|---|
| L. Krivitsky | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an immigration detainee at the Adelanto ICE Detention Center, initiated this case on August 19, 2026, by filing his Petition for Writ of Habeas Corpus. See Doc. No. 1. The same day, the Court entered the Notice of General Order 26-05. See Doc. No. 7. Therein, the Court directed Respondents "to show cause why the writ of habeas corpus should not be granted," and set an expedited briefing schedule. Id. Under that schedule, counsel for Respondents were required to file a Notice of Appearance no later than August 24, 2026, and to file their Answer to the Petition no later than August 27, 2026. Id. In reliance on Respondents' compliance with that Order and expedited briefing schedule, the Court on August 21, 2026, denied Petitioner's application for a Temporary Restraining Order.

To date, Respondents have not filed either of these required documents.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **12:00 noon on September 3, 2026**, why they have failed to comply with the Court's order requiring them to file a Notice of Appearance and an Answer and show cause why the habeas petition should not be granted. Respondents may do so by either filing the Notice of Appearance and an Answer – in which they address ALL claims and bases alleged in the Petition – or by filing a

sworn Declaration showing good cause for their failure to comply with the Court's August 20th Order and a commitment to a date by which they will file the required documents.

FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

cc: Daniel.Beck@usdoj.gov

:

**Initials of Preparer** LK